# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00238-CR

**Douglas Howard Doores, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
### NO. CR99-255, HONORABLE JACK H. ROBISON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Douglas Howard Doores seeks to appeal the district court's order denying his motion for entry of a judgment nunc pro tunc. It appears that Doores is seeking additional jail time credit.

An appeal does not lie from an order denying a request for judgment nunc pro tunc to correct the award of jail time credit. *Sanchez v. State*, 112 S.W.3d 311, 312 (Tex. App.—Corpus Christi 2003, no pet.); *Everett v. State*, 82 S.W.3d 735 (Tex. App.—Waco 2002, pet. ref'd). The appropriate procedure for a person seeking additional jail time credit is to present the issue to the trial court in a motion for nunc pro tunc judgment and if the motion is unsuccessful, to seek relief by a petition for writ of mandamus. *Ex parte Ybarra*, 149 S.W.3d 147, 148-49 (Tex. Crim. App. 2004).

The appeal is dismissed.

_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Henson

Dismissed for Want of Jurisdiction

Filed:   July 9, 2007

Do Not Publish

2